United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **NAN LI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00474** |
| | § | |
| **KRISTI NOEM, SECRETARY OF** | § | |
| **HOMELAND SECURITY;,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Nan Li's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.)  Petitioner challenges the lawfulness of her prolonged detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). (*Id.* at 6–7.)

Upon review of the Petition, the Court has identified that Petitioner has a nearly identical habeas petition pending before United States District Judge Marina Garcia Marmolejo. (*See* 5:26-cv-00319). In that matter, Judge Garcia Marmolejo has already ordered Petitioner to show cause in writing. (*See* 5:26-cv-00319, Dkt. 7.) When a Petitioner files a duplicate petition alleging "substantially the same facts arising from a common series of events," the later-filed petition should ordinarily be dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see, e.g.*, *Zhao v. Holder*, 2010 WL 517897, at *1 (S.D. Tex. Feb. 10, 2010) (dismissing later-filed immigration habeas petition as duplicative).

1 / 2

Here, the Petitioner's petition in 5:26-cv-00474 is nearly identical to the petition filed in 5:26-cv-00319. (*Compare* 5:26-cv-00319, Dkt. 1, *with* 5:26-cv-00474, Dkt. 1.) Both petitions assert the same legal claims and generally match one another word for word. The only difference the Court can identify between the two habeas petitions is the inclusion of several new attached exhibits in case 5:26-cv-00474.

Accordingly, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** without prejudice to Petitioner's pending action before Judge Garcia Marmolejo, 5:26-cv-00319, *Li v. Mullin et al.* The Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

Finally, the Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner by any receipted means at the following address:

Nan Li
A221-387-934
CoreCivic Laredo Processing Center
4702 E Saunders St.
Laredo, TX 78041

IT IS SO ORDERED.

SIGNED this March 31, 2026.

Diana Saldaña
United States District Judge